AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**CRIMINAL COMPLAINT**

**ANTONIO DOUGLAS-DOB: x/xx/xx; PDID: xxx-xxx**
**WALTER ANDREW DOUGLAS-DOB: x/xx/xx; PDID: xxx-xxx**
**JOHN WESLEY LYONS-DOB: x/xx/xx; PDID: xxx-xxx**
(Name and Address of Defendant)

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>January 23, 2008</u>, in the <u>District of Columbia</u> the defendant (s) did,

**unlawfully transport in interstate commerce stolen goods of a value of $16,100 or more, that is, Chanel bags, from the Commonwealth of Virginia to the District of Columbia, knowing the same to be stolen; and on or about <u>January 24, 2008</u>, defendants Antonio Douglas and Walter A. Douglas, having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm, and did receive a firearm, which had been shipped and transported in interstate and foreign commerce, that is, a 9mm semi-automatic hand gun.**

in violation of Title <u>  18  </u> United States Code, Section(s) <u>  2314 and 922(g)(1)  </u>.

I further state that I am <u>  **OFFICER DONALD GREULICH**  </u>, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**OFFICER DONALD GREULICH**
**UNITED STATES PARK POLICE**

Sworn to before me and subscribed in my presence,

_____   at   <u>  Washington, D.C.  </u>
Date                                                                              City and State

_____         _____
**Name & Title of Judicial Officer**              **Signature of Judicial Officer**

**STATEMENT OF FACTS**

  On January 23, 2008, the defendants, Antonio Douglas, Walter Douglas, and John Lyons, stole 7 bags, valued at $16,100 from the Neiman Marcus store located at 2255 International Drive, Tysons Corner Virginia.  The defendants then drove into the District of Columbia, where they sold the bags at a liquor store located in the 1500 block of Good Hope Road, S.E., Washington, D.C.

  On January 24, 2008, members of the Safe Streets Task Force executed a follow up United States District Court search warrant at xxxx xx xxxxxx, x.x., xxx. xxx, Washington, D.C.  A search of the rear bedroom of the apartment resulted in the recovery of a loaded Bryco Arms Jennings 9mm semi-automatic pistol, documents in the name of both Antonio and Walter Douglas, and photographs of both Antonio and Walter Douglas.  Before executing the search warrant, officers conducted a traffic stop on a vehicle which defendants Antonio Douglas and John Lyons were riding in.  Defendant Lyons was placed under arrest on an outstanding arrest warrant from Prince George's County, Maryland.  Antoine and Walter Douglas were placed under arrest after members executed the search warrant.  To the best of the undersigned officer's knowledge, defendant Antonio Douglas, has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in Montgomery County, Maryland, and defendant Walter Douglas, has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in the United States District Court for the District of Columbia and in Arlington County, Virginia.  Before filing this complaint, the officer reviewed at least one computer print-out of the defendants' criminal history and it showed that the defendants had been convicted of such crimes.  He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future.   To the best of undersigned officer's knowledge there are no 9mm pistols nor ammunition, manufactured in the District of Columbia.

             _____
             OFFICER DONALD GREULICH
             UNITED STATES PARK POLICE

SWORN AND SUBSCRIBED BEFORE ME ON THIS __ DAY OF JANUARY, 2008.

             _____
             U.S. MAGISTRATE JUDGE